UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| CHRISTOPHER ROMANO, ET AL. | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 1:15-CV-00384-AJ |
| SITE ACQUISITIONS, LLC | : | |
| Defendant. | : | |

**DEFENDANT'S PRETRIAL STATEMENT**

Defendant Site Acquisitions, LLC ("SAI"), by and through its attorneys, Preti Flaherty Beliveau & Pachios, PLLP, respectfully submits the within Pretrial Statement.

**1.     BRIEF STATEMENT OF THE CASE**

Plaintiffs are former employees of Defendant SAI.  SAI provides project management and other services to the wireless telecommunications industry, including site acquisition, permitting and construction.  The Plaintiffs worked on certain cell towers or structures to accomplish the modification and installation of wireless communications facilities.  Plaintiffs contend they were promised bonuses under an incentive program offered by AT&T in 2013 and they were not paid what they believed they were promised.  SAI asserts that it maintained discretion as to whether to pay any bonuses and the amount to pay, and that it exercised the discretion to provide what it believed was appropriate bonuses to the Plaintiffs in 2013.

**2.     WITNESSES**

**The Defendant expects to present the following witnesses at trial:**

1

11903984.2

1.      Shawn Hancock
        SAI Communications, LLC
        27 Northwestern Drive
        Salem, NH  03079

2.      Keith Barnard
        SAI Communications, LLC
        27 Northwestern Drive
        Salem, NH  03079

3.      Erica Dumont
        SAI Communications, LLC
        27 Northwestern Drive
        Salem, NH  03079

4.      Patti Donadio
        SAI Communications, LLC
        27 Northwestern Drive
        Salem, NH  03079

5.      Cathy O'Brien
        SAI Communications, LLC
        27 Northwestern Drive
        Salem, NH 03079

6.      Sherman Lucius
        SAI Communications, LLC
        27 Northwestern Drive
        Salem, NH  03079

7.      Tony Miller
        SAI Communications, LLC
        27 Northwestern Drive
        Salem, NH  03079

8.      Tom Tripp
        Atlas Innovative Services
        Carver, Massachusetts

9.      Chuck Wing
        Infinite Solutions
        Georgetown, Massachusetts

2

11903984.2

**The Defendant may call the following witnesses at trial:**

10.   Bryan Bobar
      SAI Communications, LLC
      27 Northwestern Drive
      Salem, NH 03079

11.   Patrick Hynes
      SAI Communications, LLC
      27 Northwestern Drive
      Salem, NH  03079

12.   Michelle Mayo
      SAI Communications, LLC
      27 Northwestern Drive
      Salem, NH  03079

13.   Bill Jackson
      East Coast Communications
      Gorham, ME

14.   Witnesses identified by Plaintiffs, including the Plaintiffs

15.   Additional witnesses identified in discovery

Defendant reserves the right to amend this list of witnesses upon notice to the parties.

## 3.   WAIVER OF CLAIMS OR DEFENSES

Defendant waives no claims or defenses.

## 4.   DEPOSITIONS

Defendant does not anticipate any depositions to be read into evidence, but reserves the right to do so should that become necessary.

## 5.   EXHIBITS

**The defendant expects to introduce the following exhibits at trial:**

A.   March 15, 2013 email from John Brunelle to Shawn Hancock

B.   March 27, 2013 email from Keith Barnard to Shawn Hancock

C.   December 3, 2008 letter from Cindy Thomas to Israel Carey

3

D.      July 18, 2012 letter from Cindy Thomas to Bradford Matthews

E.      February 14, 2013 letter from Shawn Hancock to Michael Petros

F.      April 16, 2013 letter from Shawn Hancock to Shane Bruneau

G.      May 30, 2013 email from Patti Donadio to Shawn Hancock

H.      May 30, 2013 letter from Shawn Hancock to Chris Romano

I.      June 28, 2013 email from Shawn Hancock to subs.

J.      December 17, 2013 email from Shawn Hancock to Tony Miller

K.      Spreadsheet of bonus payments to SAI employees

L.      Spreadsheet of 19 SAI sites

M.      Spreadsheet of Plaintiff hours

N.      February 2013 – October 2013 Invoices from Kaelus

O.      October 29, 2014 letter from Catherine O'Brien to Shane Bruneau

P.      January 5, 2014 letter from Catherine O'Brien to Christopher Romano

Q.      March 21, 2015 letter from Catherine O'Brien to Michael Petros

R.      May 5, 2014 letter from Brad Matthews to SAI

S.      December 3, 2015 letter from Israel Carey to Shawn Hancock

T.      September 23, 2010 SAI Staff Action Form Israel Carey

U.      February 3, 2013 SAI Staff Action Form Israel Carey

**The defendant may introduce the following exhibits at trial:**

V.      ATT Line and Antenna Crew Incentive Program (VCC Policy-130327 4/8/13)

W.      ATT Crew Inventory VCC Policy (VCC Policy-130325 4/5/13)

X.      Payroll records of Shane Bruneau

Y.      Payroll records of Bradford Matthews

Z.      Payroll records of Michael Petros

11903984.2

AA.    Payroll records of Christopher Romano

BB.    Payroll records of Israel Carey

CC.    2013 Timesheets of the Plaintiffs

DD.    Summaries of daily reports for plaintiffs

EE.    Any exhibit exchanged in discovery

FF.    Any exhibit identified by Plaintiffs

GG.    Exhibits necessary for rebuttal

HH.    Pleadings previously filed by the Plaintiffs, including the original Verified Petition and the Amended Petition.

Defendant reserves the right to amend this list of exhibits upon notice to the parties.

6.    **STATEMENT REGARDING JERS**

Counsel for the parties have conferred and Defendant does not intend to use JERS but Plaintiffs may do so and will file the appropriate motion.

7.    **STATEMENT OF SPECIAL DAMAGES**

*See* Plaintiffs' Pretrial Statement.  Defendant hereby notifies the Plaintiffs that it requires testimonial proof of any special damages.

8.    **SETTLEMENT**

Latest demand:  $1,000,000

Latest offer:  None.

9.    **STATEMENT OF CLAIM FOR ATTORNEY'S FEES**

Defendant does not believe Plaintiffs have a valid claim for attorney's fees.

10.    **REQUESTS FOR VIEW PURSUANT TO LR 39.3**

Defendant does not request a view at this time.

11.    **ESTIMATED LENGTH OF TRIAL**

3-4 days.

11903984.2

At the time of filing this Pretrial Statement, Defendant's summary judgment motion is pending. Defendant reserves the right to amend this Pretrial Statement to the extent the Court's ruling on the motion necessitates amendments. Defendant also reserves the right to amend this Pretrial Statement upon receipt of the Plaintiffs' Pretrial Statement.

Respectfully submitted,

SITE ACQUISITIONS, LLC

By its attorneys,

PRETI, FLAHERTY, BELIVEAU & PACHIOS, PLLP

Dated: June 16, 2017                    By: /s/ *Peter G. Callaghan*
                                                              Peter G. Callaghan, NH Bar # 6811
     Gregory L. Silverman, NH Bar #265237
     P.O. Box 1318
     Concord, NH 03302-1318
     (603) 410-1500
     pcallaghan@preti.com
     gsilverman@preti.com

## CERTIFICATE OF SERVICE

I hereby certify this 16th day of June 2017 copies of the foregoing *Defendant's Pretrial Statement* have been served on all counsel of record electronically via ECF.

/s/ *Peter G. Callaghan*
Peter G. Callaghan

6

11903984.2